IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

BARRY M. VAUGHN,

    Movant,

v.                                              CIVIL ACTION NO. 3:12-1519
                                                (CRIMINAL ACTION NO. 3:02-00069-09)

UNITED STATES OF AMERICA,

    Respondent.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that Movant's Motion for Writ of Error Coram Nobis pursuant to 28 U.S.C. § 1651 (ECF No. 703) be denied; and this civil action be dismissed, with prejudice, and removed from the docket of this Court. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **ORDERS** that Movant's Motion for Writ of Error Coram Nobis pursuant to 28 U.S.C. § 1651 (ECF No. 703) be denied; and this civil action be dismissed, with prejudice, and removed from the docket of this Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: July 12, 2013

_____
ROBERT C. CHAMBERS, CHIEF JUDGE